**Order filed October 31, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00214-CV

_____

## IN THE INTEREST OF R.R.V., II, A CHILD

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-3276-PC**

### O R D E R

The trial court terminated the parental rights of both parents of R.R.V., II. The mother filed an appeal. This appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition within 180 days of the date the notice of appeal was filed. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

The mother's brief is past due; it was originally due on September 15, 2014. By letter dated September 29, 2014, the clerk of this court notified the mother that this court deemed the inordinate delay in filing the brief to be a serious matter. On our own motion, we extended the briefing deadline and informed the mother that

her brief was due to be filed on or before October 13, 2014. Despite this court's September 29 letter, no brief has been filed.

Upon consideration of the importance of the rights at issue in this case, we again extend the deadline and hereby **ORDER** the mother's court-appointed attorney, **LILLY A. PLUMMER**, to file in this court an appellate brief on behalf of the mother on or before **November 14, 2014**. **No further extensions will be granted**. The failure to file an appellant's brief on or before November 14, 2014, may result in **dismissal of this appeal**. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

PER CURIAM

October 31, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.